THE ST. VINCENT'S FEMALE ORPHAN ASYLUM OF THE CITY OF TROY, APPELLANT, *v.* THE CITY OF TROY, RESPONDENT.

Judgment affirmed, with costs.

Opinion by BOCKES, J.

Memorandum by LEARNED, P. J.

WILLIAM C. RANDALL, LATE SHERIFF OF THE COUNTY OF CLINTON, APPELLANT, *v.* JOHN O'BRIEN, RESPONDENT.

Judgment affirmed, with costs.

Opinion by MARTIN, J.

ROBERT NELSON AND JOHN NELSON, RESPONDENTS, *v.* JOHN HEERMANS, APPELLANT, IMPLEADED, &c.

Judgment reversed, new trial granted, costs to abide the event, and reference discharged.

Opinion by MARTIN, J.

MARY A. BURNHAM, RESPONDENT, *v* WILLIAM S. DOUGLASS, APPELLANT.

Judgment reversed, new trial granted, costs to abide event.

Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* SILAS H. WITHERBEE, SURVIVOR, &c., RESPONDENT, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ESSEX, APPELLANT.

Judgment modified, and as modified affirmed, without costs of appeal to either party.

Opinion by LEARNED, P. J.

CHARLOTTE TABOR AND WILLIAM BRADLEY, APPELLANTS, *v.* K. EUGENE BUNNELL AND OTHERS, RESPONDENTS.

Judgment affirmed, with costs.

Opinion by BOCKES, J.